# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-13-JAD-VWH |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JASON PICKARD (ID#) 05887669 |
| vs. | |
| JASON PICKARD, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JASON PICKARD** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A, Wednesday, 1/23/19 GWF, Courtroom 3A _____, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: January 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  NICHOLAS A. TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 13644
 3  BRIAN WHANG
    Assistant United States Attorney
 4  Nevada State Bar Number 12940
    501 Las Vegas Boulevard South
 5  Suite 1100
    Las Vegas, Nevada 89101
 6  702-388-6336
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr- 13 -JAD -CWH |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JASON PICKARD |
| vs. | (ID#) 05887669 |
| JASON PICKARD, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JASON PICKARD** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JASON PICKARD** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JASON PICKARD** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ____ I/A, Wednesday, 1/23/19  GWF, Courtroom 3A ____, for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JASON PICKARD** before the United States District Court on or about ____ I/A, Wednesday, 1/23/19  GWF, Courtroom 3A ____, for arraignment and from time to time

1  and day to day thereafter until excused by the Court has been ordered by the United States
2  Magistrate or District Judge for the District of Nevada.
3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **JASON PICKARD** before the United States District Court on or about
7  _I/A, Wednesday, 1/23/19_ / _GWF, Courtroom 3A_ _____, for arraignment and from time to time and day to
8  day thereafter, at such times and places as may be ordered and directed by the Court entitled
9  above, to appear before the Court, and when excused by the said Court, to be returned to the
10 custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
11     DATED this 16th day of January, 2019

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Brian Whang_
BRIAN WHANG
Assistant United States Attorney

2