# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON PICKARD,<br><br>    Defendant. | Case No. 2:19-CR-00013-JAD-DJA-1<br><br>**ORDER**<br><br>ECF No. 44 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, February 8, 2022 at 9:00 a.m., be vacated and continued to March 24, 2022, at 2:00 p.m.

DATED this 3rd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE