# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON PICKARD,<br><br>    Defendant. | Case No. 2:19-CR-00013-JAD-DJA-1<br><br>**ORDER**<br><br>ECF No. 51 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 4, 2022 at 11:00 a.m., be vacated and continued to July 19, 2022, at 2:00 p.m.

DATED this 29th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE